# JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JORGE LUIS PULIDO, an individual,

Plaintiff,

v.

MCCOLLISTER'S TRANSPORTATION GROUP, INC., et al.,

Defendants.

Case No. 5:21-cv-01234-JLS-SP

**ORDER OF DISMISSAL**

## ORDER OF DISMISSAL

Pursuant to the joint stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), it is ORDERED that this action is hereby dismissed with prejudice as to all claims, causes of action and parties, with each party bearing that party's own attorneys' fees and costs.

Dated:   January 28, 2022

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE